943 A.2d 839

IN THE MATTER OF RAMON SARMIENTO, AN ATTORNEY
AT LAW (ATTORNEY NO. 012322004).

March 12, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 07–079, concluding that as a matter of reciprocal
discipline pursuant to *Rule* 1:20–14, **RAMON SARMIENTO** of
**NORTH BAY VILLAGE, FLORIDA,** who was admitted to the
bar of this State in 2004, should be suspended from the practice of
law for a period of three months for discipline imposed in the
State of Florida for unethical conduct that in New Jersey violates
*RPC* 8.4(b) (criminal act reflecting adversely on lawyer's honesty,
trustworthiness, or fitness as a lawyer), and having determined
the term of suspension should be suspended;

And **RAMON SARMIENTO** having been ordered to show
cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **RAMON SARMIENTO** is suspended
from the practice of law for a period of three months, retroactive
to December 1, 2006, the effective date of respondent's suspension
from practice in Florida, and until the further Order of the Court;
and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing
with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's fail-
ure to comply with the Affidavit of Compliance requirement of
*Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review
Board from considering respondent's petition for reinstatement

for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.